PFE/RLW: June 2022
GJ# 6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **CHASE TRISTIAN ESPY** | )   **SEALED** |

## INDICTMENT

**COUNT ONE:**  [18 U.S.C. § 2422(b)]

The Grand Jury charges that:

Between on or about March 25, 2021, and on or about May 21, 2021, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHASE TRISTIAN ESPY**,

did use a facility and means of interstate and foreign commerce to knowingly attempt to persuade, induce, entice and coerce, an individual who has not attained the age of 18 years to engage in sexual activity for which any person could be

charged with a criminal offense, including, Ala. Code Section 13A-6-64(a)(1), Sodomy Second Degree; Ala. Code Section 13A-6-69(a), Enticing Child to Enter a Vehicle for Immoral Purposes; and, Ala. Code Section 13A-6-122, Electronic Solicitation of a Child.

All in violation of Title 18, United States Code, Sections 2422(b).

**COUNT TWO:** **[18 U.S.C. § 2252A(a)(5)(B)]**

The Grand Jury charges that:

On or about August 25, 2021, in Jefferson County, within the Northern District of Alabama, the defendant,

**CHASE TRISTIAN ESPY**,

did knowingly possess and access with intent to view a computer, a computer disk, and any other material that contains an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor child who had not attained 12 years of age, that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce by any means, and that was produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, in violation of Title 18,

United States Code, Section 2252A(a)(5)(B).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

        PRIM F. ESCALONA
        United States Attorney

        */s/ Electronic Signature*
        R. LEANN WHITE
        Assistant United States Attorney

        */s/ Electronic Signature*
        JONATHAN S. CROSS
        Assistant United States Attorney